## Fred E. Dillon and Catherine A. Dillon, Appellees, v. Chicago Park District et al., Appellants.

Gen. No. 44,502.

opinion filed March 16, 1949; released for publication April 11, 1949. Philip A. Lozowick and Kirkland, Fleming, Green, Martin & Ellis, for appellants; Philip A. Lozowick and William Wilson, of counsel; Walter F. Dodd, for certain appellant; George D. Sullivan, for appellees; Austin G. Rigney, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.